IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | |
| : | **CASE NO:** |
| : | **7:24-cr-34—WLS-ALS-5** |
| **SUSAN NICOLE LOPEZ,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for a pretrial conference on Tuesday, June 17, 2025, at 3:00 p.m. and for trial during a Specially Set Valdosta Trial Term beginning July 7, 2025 (Doc. 127). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant, Susan Nicole Lopez, filed a timely Motion for Continuance and Extension of the Speedy Trial Act (Doc. 132) ("Motion") requesting a continuance of the pretrial conference and trial. The continuance is needed to provide Defendant and her counsel to review discovery and time to review and explore plea negotiations. Defense Counsel represents that the Government's Counsel does not oppose the Motion. He further states that the ends of justice requires the continuance and that the period of delay in holding the trial is excludable under the Speedy Trial Act 18 U.S.C. § 3161.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 132) is **GRANTED**.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2025 Trial Term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny

Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The June 17, 2025 pretrial conference with respect to Defendant Susan Nichole Lopez is **CANCELLED**.

**SO ORDERED**, this 12th day of June 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**